NUMBER 13-06-363-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

IN
RE: CHRISTUS SPOHN HEALTH SYSTEM CORPORATION AND CHRISTUS SPOHN HOSPITAL
KLEBERG, IN ITS ASSUMED OR COMMON NAME

 

 

On
Petition for Writ of Mandamus 

 

MEMORANDUM
OPINION

 

Before
Chief Justice Valdez and Justices Rodriguez and Garza

Per
Curiam Memorandum Opinion[1]

 








Relators, Christus
Spohn Health System Corporation and Christus Spohn Hospital Kleberg, in its
assumed or common name, filed a petition for writ of mandamus in
the above cause on June 26, 2006.  The Court, having examined and fully
considered the petition for writ of mandamus, its record, and
its sealed in camera documents, is of the opinion that relators have not shown
themselves entitled to the relief sought. 
Accordingly, relators' petition for writ of mandamus is denied.  See Tex.
R. App. P. 52.8(a).

PER CURIAM

 

 

Memorandum Opinion delivered and 

filed this 18th day of July, 2006.











[1]See Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing
opinions and memorandum opinions).